> A Security (15 USC)
> A USSEC Tracer Flag
> Not a point of Law

1  **UNITED STATES DISTRICT COURT NORTHERN GEORGIA**

2  **CASE# 1 09-MI-00175**

3  **JAMES DEMARCO BOGAN, PLAINTIFF**

4  VS.

5  **STATE COURT OF GWINNETT COUNTY,**

6  Joseph C. Iannazzone,

7  T.P. Pierson,

8  Eric C. Washburn,

9  Angela D. Duncan,

10  James A. Hinkle,

11  Rosanna M. Szabo,

---

12  James Bogan, Secured Party

13  Third Party Plaintiff                                    IN ADMIRALTY

14  Vs.

15  Third Party Defendants referenced above:

---

16  **AFFIDAVIT OF OBLIGATION,**

17  **OPPORTUNITY TO CURE, AND COUNTERCLAIM**

---

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 18 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

18  Comes now James Bogan, Third Party Plaintiff, by special visitation and not appearing generally, before this
19  court seeking a remedy in Admiralty as is provided by "The Saving to the Suitors Clause" at Title 42, USC 28 -
20  1333(1). Federal Rules of Civil Procedures, Rule 17, 28 USCA. GEORGIA CONSTITUTION Article I, Section I,
21  Paragraph I: No Person shall be deprived of Life, Liberty, or property except by due process of law. "The general
22  rule is that an unconstitutional act of the Legislature protects no one. It is said that all persons are presumed to know
23  the law, meaning that ignorance of the law excuses no one; if any person acts under an unconstitutional statute, he
24  does so at his peril and must take the consequences." **16 Am Jur 2d §178**

25  **I Come in Peace, no Malicious Intent. "without prejudice" All rights reserved**

26  The secured party and debtor are referenced in a Security Agreement, Power of Attorney, and Hold
27  Harmless agreement, all referenced in a UCC Financing Statement recorded with the Secretary of State
28  (Georgia) 0602009-01676 filed in Fulton county.

29  The authorized representative of the JAMES DEMARCO BOGAN© is referenced in the power of attorney
30  Filed Book-Page DE-21266-554

COPY CLAIM UNDER RESERVATION                           _James Bogan_

NOTICE TO AGENT IS NOTICE TO PRINCIPLE, NOTICE TO PRINCIPLE IS NOTICE TO AGENT

**Maxims:**

— Claims made without accountability are void.

— Truth is expressed in the form of an affidavit.

— A man may not with impunity infringe upon another man's rights.

"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them." **Miranda v. Arizona**, 384 US 436 at 491.

I am standing in my unlimited commercial liability as a Secured Party Creditor and request that the Third Party Defendants do the same, and waive all of their immunities. I respectfully request the indulgence of this court, as I am not schooled in law. This is provided by the precedent set by Haines vs. Kerner at 404 U.S. 519.

The Maxim

AS TO COUNT 1: I, James DeMarco family of Bogan, the Third Party Plaintiff, Secured Party Creditor, a Natural man, created by God, Demand that the (Third Party Defendants) Prove that the 7 Claims/Charges against the Accused, BOGAN, JAMES DEMARCO (misnomer) has injured any one of the claiming parties. Time has now expired and now the accusers can only claim to be injured. To the present date, there has been no Ratification of Commencement to enjoin the real party of interest according to the following: FRCP (Rule 17), O.C.G.A. 9-11-17, 9-2-20. I have asked when first notified of this action for Ratification of Commencement and have received no response and was told that this is a criminal matter without regard to FRCP (Rule 1) and O.C.G.A. 9-11-2 which both state there is only one form of action, which is the civil action.

AS TO COUNT 2: These principals of law been violated. To establish a "claim", there must be present evidence that you "injured" another human being or damage his/her property. This is "Fraud" 18 USC 1001 for any attorney or solicitor, to present these imposter claims, without an injured party, claiming authority to prosecute. When a "Plaintiff" can not be cross-examined, no judge (JOESEPH C. IANNAZZONE) can prove due process of law was administered. As stated before the defendants have committed Fraud against this court and the third party plaintiff. And I believe there is no evidence to the contrary. And no Plea on record can be produced because I have firsthand knowledge that I have not yet entered a plea and if a judge **(Joseph C. Iannazzone)** did enter a plea on my behalf would be considered practicing law from the bench. The judge entering a plea on my behalf would also be grounds for dismissal simply because the judge has knowledge to believe I am innocent by entering a not guilty plea without my consent.

AS TO COUNT 3: **T.P. Pierson, & Eric C. Washburn** did present themselves, and sign as Prosecutor on the arrest warrants. The above named officers also did this without notarized, supporting affidavits, made under oath and penalty of purgery by any alleged victims. **Angela D. Duncan, James A. Hinkle** did knowingly and willingly sign the order for bond and warrant for arrest of BOGAN, JAMES DEMARCO while the above alleged arresting officers did falsify the documents stated in these fraudulent actions. T.P. Pierson & Eric C. Washburn are police officers for the county of Gwinnett and have no authority to prosecute anyone, only the powers to report and arrest and keep the peace. Direct violation of O.C.G.A. 45-11-1 (falsification of official documents)

- A criminal case brought in behalf of the peace and dignity of the state:
  A. has been brought ex rel accusers, that is, "on the telling or relation/story of the accuser" with the accusation being related to the prosecuting attorney by the accuser,
  B. has named the accuser in the setting of the case, and contains the signed and notarized affidavit of the accuser in the body of the complaint. Otherwise, the state would become the plaintiff/accuser, the case would become federal, and the bonding company would become potentially liable for an agent's false accusation and false imprisonment of a party to the case.

COPY CLAIM UNDER RESERVATION               *James Bogan* (signature)

NOTICE TO AGENT IS NOTICE TO PRINCIPLE, NOTICE TO PRINCIPLE IS NOTICE TO AGENT

AS TO COUNT 4: Concerning the case #08-D-09715-S4, The STATE OF GEORGIA is the alleged victim and Plaintiff. Every public servant concerned with these matters are directly or indirectly compensated (paid public funds) by THE STATE OF GEORGIA and/or COUNTY OF GWINNETT. The Public Servants that are known are **Joseph C. Iannazzone, T.P. Pierson, Eric C. Washburn, Angela D. Duncan, James A. Hinkle, & Rosanna M. Szabo** (Solicitors-General see OCGA 15-18-67). All of the mentioned public servants are required to, and have a Oath of Office and Loyalty Oath to the State of GEORGIA ( see O.C.G.A. 45-3-11, 45-3-1), which is the Plaintiff on the above mention accusation in the STATE COURT OF GWINNETT COUNTY. This is a direct violation of O.C.G.A. conflict of interest statutes, 45-10-22, 45-10-28.

AS TO COUNT 5: False arrest. James DeMarco family of Bogan has been injured by false arrest. With the first knowledge of these proceedings, the accused was arrested while incarcerated in Fulton County on unrelated charges, and never noticed of the charges until in the care of Gwinnett county, in hand-cuffs on the false warrants which constitutes false arrest. **T.P. Pierson, & Eric C. Washburn** have considered themselves arresting officers and witnesses when they have never met in person or arrested, or Face-to-face with the accused or witnessed the accused committing any crimes except by hearsay. This has been presented to the solicitors office as an official report and is annexed in the file (08-D-09715-S4) held by the clerk of courts for Gwinnett county.

AS TO COUNT 6: Libel/Slander/Defamation. The name of JAMES DEMARCO BOGAN© is a trade name witnessed to the public in GWINNETT SUPERIOR COURT book 043 page 0294, State court of Gwinnett County, also in file #08-D-09715-S4 on 4-20-2009. The trademarked name has been injured by defamation concerning the alleged accusations.

## OPPORTUNITY TO CURE

**The Third Party Defendants have 10 calendar days to cure their Dishonor by the Following:**

Dismiss any and all claims against the Third Party Plaintiff, with prejudice and pay the Third Party Plaintiffs $100,000.00 (One Hundred Thousand US dollars) per Defendant, per count. Public Servants have to be insured and bonded just in case they harm the public. This is notice to all interested parties that this communication is notice of injury and a demand for payment.

1. as is designated in the counterclaim herein, or,
2. Pay all damages as indicated by the counterclaim contained herein with Real Money, Surrender any and all Public Hazard Bonds, other Bonds, Insurance Policies, 801K, 401k, CAFRA Funds, etc. as needed to satisfy counterclaim herein, ...OR,
3. Prove your claims against me by providing me with lawfully documented evidence that is certified true and correct, by (Officers of the Court), in their unlimited commercial liability, while Under Oath, On and For the Official Record, under penalties of the law including Perjury. This evidence must prove your case by a preponderance or the greater weight of evidence and must answer each and every averment, Point by Point individually. If any and all points are not answered fully and accompanied by lawfully documented evidence, as provided here in, that will be Default on the part of the Third Party defendants. Non Response according to the conditions herein will be default. Incomplete answers and/ or lack of documented evidence as outlined herein

COPY CLAIM UNDER RESERVATION

**NOTICE TO AGENT IS NOTICE TO PRINCIPLE, NOTICE TO PRINCIPLE IS NOTICE TO AGENT**

will be Default. If the Third Party Defendants fail to respond as outlined herein, within 10 calendar days, this will be Default. Non Response will be a Self Executing Confession of Judgment by all Third Party Defendants, and will be complete agreement with all the statements, terms, and conditions of this contract. This is a contract in Admiralty. Any officer of the court that interferes or involves him/her with this claim will be added to this claim and become a Third Party Defendant. All Third Party Defendants are collectively and individually liable for this claim.

**4. NOTICE TO LAW ENFORCEMENT TO ENFORCE THE LAW:** By this record let it be known that I do not at *any* time waive *any* rights or protections, as acknowledged by the aforementioned Constitution and/or Honorable Bill of Rights, nonetheless, demanding that you protect these as you swore an oath to do so. I accept your lawfully required "Oath of Office," Bond(s) of any type, insurance policies, and property of any type for my protection and making whole. Furthermore, should you witness *any* (public) officer(s) at this time, or *any* time past, present, or future violate *any* of my rights or protections, it is your sworn duty (of oath) to immediately arrest, or have them arrested. You are legally required to charge them as you should *any* law breaker, regardless of (superior) officer(s) title, rank, uniform, cloak, badge, position, stature, or office. Hence, or you shall be accountable for monetary gain from, but not limited to, your monetary liability, your corporate bond, compensatory costs, punitive procurements, and sanctioned by attorney attributions.

## COUNTERCLAIM (A True Bill)

**THE FOLLOWING DAMAGES HAVE BEEN ASESSED AGAINST YOU, SHOULD YOU FAIL TO MEET THE REQUIREMENTS AS PROVIDED IN THE OPPORTUNITY TO CURE CONTAINED HEREIN:**

1. Failure to state a claim upon which relief can be granted $1,000,000.00 (One Million US Dollars) per count Per Third Party Defendant.
2. Failure to respond as outlined herein/ Default by non-response or incomplete response $1,000,000.00 (One Million US Dollars.) per count Per Third Party Defendant.
3. False Arrest/Kidnapping 18 USC 2112 $1,000,000.00 (One Million Dollars) per count Per Third Party Defendant.
4. Dishonor In Commerce - $1,000,000.00 (One Million Dollars) per count per Third Party Defendant.
5. Fraud -18 USC 1001 - $1,000,000.00 (One Million US Dollars) per count per Third Party Defendant.
6. Racketeering -18 USC 1963 - $1,000,000.00 (One Million US Dollars) per count per Third Party Defendant.
7. Slander and defamation of Character -$1,000,000.00 (One Million US Dollars) per count per Third Part Defendant.
8. "Conspiracy against rights-$1,000,000.00 (One Million Dollars) per count per Third Party Defendant" 18 USC 241 of the "Solicitor" and or "Judge" acting in "Prosecutorial Misconduct" in "Conspiracy to convict" must be reported to the proper authority.
9. Failure to pay Counterclaim in full within (30) Thirty Calendar Days of Default as contained herein. $1,000,000.00 (One Million US Dollars) per count, per month, and interest of 1.5 % per month compounded daily for the first (30) Thirty Days from the date of default.
After (30) Thirty Days beginning on the (31ˢᵗ) Thirty first Day after Default, the penalties for Failure to pay will increase by $100,000.00 (One Hundred Thousand Us Dollars Per Day) for each calendar day that this counterclaim is not paid in full, plus interest. After (90) calendar days of the date of Default, the penalties for

**COPY CLAIM UNDER RESERVATION**                   *[signature]*

**NOTICE TO AGENT IS NOTICE TO PRINCIPLE, NOTICE TO PRINCIPLE IS NOTICE TO AGENT**

157  Failure to Pay Counterclaim will increase by $1,000,000.00 (One Million US Dollars) per calendar day, that the
158  Counterclaim is not paid in full, plus interest as indicated herein.
159  10. All Claims are stated in US Dollars which means that a US Dollar will be defined, for the purposes of this
160  counterclaim as, a One Ounce One Dollar Face Amount Silver Eagle coin of 99.999% pure silver, or the
161  equivalent par value as established by law or the exchange rate as set by the US Mint, whichever is the higher
162  amount, for a certified One Ounce Silver Eagle Coin (US Silver Dollar) at the time of the first day of default as
163  outlined herein, if the claim is to be paid in Federal Reserve Notes, Federal Reserve notes will only be accepted
164  at Par Value as indicated above.
165  11. Total Damages will be assessed as the total amount of the damages as outlined herein times three (3) for a total
166  of all damages as outlined in items 1-8 added to three (3) times the damages, for a total of 4 for Punitive, or
167  other additional damages.

// WITHOUT prejudice ))
// WITHOUT Recourse ))

By /s/ James Bo——    5-18-09
James DeMarco Family of Bogan,    DATE
Third Party Intervener, Plaintiff under injury,
Real Party in Interest Secured Party Creditor.

---

**NOTICE TO OFFICERS/AGENTS OF THE UNITED STATES**

**THIS DOCUMENT IS NOT INTENDED TO HARASS, INTIMIDATE, OFFEND, CONSPIRE, BLACKMAIL, COERCE, CAUSE ANXIETY, ALARM, CONTEMPT OR DISTRESS, OR IMPEDE ANY PUBLIC DUTIES. IT IS PRESENTED WITH HONORABLE AND PEACEFUL INTENTIONS. ANY AFFIRMATION CONTRARY TO THIS VERIFIED STATEMENT OF FACTS WILL COMPRISE YOUR STIPULATION TO COMMITTING A FRAUD UPON THE COURT.**

---

COPY CLAIM UNDER RESERVATION        /s/ James B——

NOTICE TO AGENT IS NOTICE TO PRINCIPLE, NOTICE TO PRINCIPLE IS NOTICE TO AGENT