IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STATE COURT OF GWINNETT,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES D. BOGAN,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:09-CV-1562-TWT |

## ORDER

This is a removal action. It is before the Court for a frivolity determination. The Defendant is attempting to remove his criminal action from the State Court of Gwinnett County. This Court would not have original jurisdiction of the criminal action, and it is not removable. This action is remanded to the State Court of Gwinnett County and/or dismissed.

SO ORDERED, this 8 day of July, 2009.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\09\State Court of Gwinnett\remand.wpd