# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### 2211 UNITED STATES COURTHOUSE
### 75 SPRING STREET, SW
### ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
CLERK OF COURT

CIVIL SECTION
404-215-1655

July 9, 2009

Clerk of Court
State Court of Gwinnett County
75 Langley Dr
Room 1E350
Lawrenceville GA 30045

Re: **State Court of Gwinnett County v. James D. Bogan**
**Your Case Number: 2008D-09715-4**
**Our Case Number:  1:09-CV-1562-TWT**

Dear Clerk:

Enclosed is a certified copy of an order entered by this court in the above-styled action remanding said action to your court.

Please acknowledge receipt by returning the enclosed copy of this letter.

Sincerely,

James N. Hatten
Clerk of Court

By:

Deputy Clerk

Enclosure